**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

WARREN CHASE #326-514                              :

    Petitioner                              :

    v.                              :   Civil Action No. CCB-09-3009

COMMISSIONERS OF                              :
MARYLAND DOC, et al.,

                                      :

    Respondents

## <u>MEMORANDUM</u>

Pending is a hybrid habeas corpus petition filed by Warren Chase ("Chase"), challenging both his convictions in the Circuit Court for Anne Arundel County, Maryland for armed robbery and related offenses and his subsequent incarceration within the Maryland Division of Correction, rather than a mental health treatment facility. Upon careful review of the pleadings, transcripts, and applicable law, the court determines an evidentiary hearing is unwarranted and the petition shall be denied.

Chase was convicted by a jury of armed robbery, robbery, first-degree assault, second-degree assault, use of a handgun in the commission of a crime of violence, carrying a handgun, reckless endangerment, theft, and conspiracy. On July 19, 2005, he was sentenced on the armed robbery conviction to a twenty-year term of incarceration with fifteen years suspended and five years probation. He received a five-year mandatory term of incarceration without parole consecutive to the robbery sentence on the use of a handgun conviction, one year and one day concurrent on the conviction for carrying a handgun, and concurrent five-year sentences on the convictions for reckless endangerment and conspiracy. The remaining convictions were merged at sentencing.

Chase's attempt to overturn these convictions by way of federal habeas corpus review was denied by this court by Memorandum and Order dated October 9, 2009. *See Chase v. Commissioners ov Maryland DOC, et. al.,* Civil Action No. CCB-09-955 (D. Md.), Documents

22 and 23.  The matter is on appeal.

A prisoner may file a successive habeas corpus petition only if he has moved the appropriate circuit court for an order authorizing the district court to consider his application, and the circuit court has issued such an order.  *See* 28 U.S.C. §2244(b)(3)(A).  Chase has failed to obtain authorization for a second or successive petition, and the portion of the instant case attacking his convictions and sentences must be dismissed for lack of jurisdiction.  *See Evans v. Smith*, 220 F.3d 306, 325 (4th Cir. 2000).

Chase also attacks the fact that he is serving his sentence in a correctional setting rather than a mental health treatment facility, in violation of due process and the Americans with Disabilities Act, a claim that may be construed under 28 U.S.C. § 2241.  This court also has examined this claim in prior litigation and denied relief.  *See Chase v. Warden*, Civil Action No. CCB-09-241 (D. Md.), Documents 7 and 8.  The issues presented will not be reexamined here.

Accordingly, the petition will be denied.  A separate order shall enter forthwith.


 __December 2, 2009__                                    _____/s/_____
Date                                                                          Catherine C. Blake
                                                                              United States District Judge

2